**No. 46515.**—Petition 6069–R of Edward P. Paul & Co., Inc. (New York).

Opinion by WALKER, J. It appeared from the uncontradicted testimony of the president of the petitioning corporation that the agreed price was 2.40 Czecho-Slovakian crowns f. o. b. Czecho-Slovakia, or 3 Czecho-Slovakian crowns f. o. b. Hamburg, the difference representing the freight from factory to seaport. When the invoice upon which entry was made arrived it was noted that the price given thereon was 3 Czecho-Slovakian crowns f. o. b. factory, whereupon the witness instructed entry at 2.40 Czecho-Slovakian crowns. He wrote to the factory for a correct invoice, which was supplied, but in the meantime appraisement had been made at the higher price. Through oversight no appeal to reappraisement was filed. The court was satisfied that entry was made without any intention to defraud the revenue or deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 46516.**—Petition 6171–R of Zellerbach Paper Co. (San Francisco).

Opinion by WALKER, J. It appeared from the testimony that because of disagreement the petitioner was advised by counsel to make a test case. The court was satisfied that the undervaluation was the result of an honest dispute between the importer and the appraising officers, and that the petitioner and its officers acted without any intention to defraud the revenue of the United States. The petition was therefore granted.

BEFORE THE SECOND DIVISION, OCTOBER 30, 1941

**No. 46517.**—Protest 838938–G of Sebastian Dienfang (New York).

Opinion by KINCHELOE, J. The uncontradicted testimony of the plaintiff together with the official sample of the merchandise was held sufficient to show that the drawing paper in question was not embossed, decorated, ruled, bordered, printed, or lined. The plaintiff's claim was therefore sustained.

**No. 46518.**—Protests 842143–G, etc., of Montgomery Ward & Co. et al. (Denver, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46519.**—Protests 51265–K, etc., of Dan Brechner & Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.